UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CATHEE EILEEN MASSEY, | ) | Case No. 23-00156-JMC-7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| CATHEE EILEEN MASSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 23-50055 |
| | ) | |
| UNITED STATES DEPARTMENT OF EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED CONSENT TO JUDGMENT

The parties, the United States of America, Department of Education, and Plaintiff, Cathee Eileen Massey (the "Plaintiff" or the "Debtor"), hereby stipulate and agree as follows:

1. On January 17, 2023, the Debtor commenced the above-captioned bankruptcy case by filing a petition under Chapter 7 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code").

2. On June 28, 2023, the Debtor commenced the above-captioned adversary proceeding (the "Adversary Proceeding") against the U.S. Department of Education by filing the *Complaint to Determine Federal Student Loans Dischargeable for "Undue Hardship" Under 11 U.S.C. § 523(a)(8)* [Filing No. 1 (the Complaint")].

3. By the Complaint, the Plaintiff seeks to discharge, pursuant to 11 U.S.C. § 523(a)(8), certain student loan debt identified on the Certificate of Indebtedness filed by Education in this matter (the "Student Loan Debt")

4. In January 2024, the Debtor, pursuant to the November 17, 2022, Guidance for Department Attorneys Regarding Student Loan Bankruptcy Litigation, submitted to Education an Attestation in Support of Request for Stipulation Conceding Dischargeability of Student Loans (the "Attestation").

5. After reviewing the Attestation, the United States, Department of Education agrees that the Court should discharge, pursuant to 11 U.S.C. § 523(a)(8), the Student Loan Debt.

6. The Parties desire to amicably resolve the matters at issue in the Adversary Proceeding and, therefore, have agreed to consent to judgment.

7. The Parties agree that each party shall be responsible for their own costs and attorney's fees in resolving this matter.

WHEREFORE, the parties having resolved Plaintiff's Complaint, respectfully request that the Court enter Judgment approving the terms of the Agreed Consent to Judgment described herein.

STIPULATED and AGREED to this 7th day of June 2024.

Respectfully submitted,

| SAEED & LITTLE, LLP | ZACHARY A. MYERS |
| --- | --- |
| | United States Attorney |

By: /s/ Eric C. Redman (with permission)     By: /s/ Rachana N. Fischer
Eric C. Redman                                               Rachana N. Fischer
Keith E. Gifford                                              Assistant United States Attorney
8777 Purdue Road, Suite 106                       Office of the United States Attorney
Indianapolis, IN 46268                                  Southern District of Indiana
Telephone: 317-685-2426                            10 West Market Street, Suite 2100
Fax: 317-636-8686                                        Indianapolis, Indiana 46204-3048
eric@slbankruptcy.com                               Telephone: 317-226-6333
keith@slbankruptcy.com                            Fax: 317-226-5027
                                                                        Rachana.Fischer@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

U.S. Trustee
Office of the U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Eric C. Redman
LUDWIG & ASSOCIATES, PC
eredman@redmanludwig.com

Keith Eirik Gifford
Saeed & Little, LLP
kgooden@redmanludwig.com

*/s/ Rachana N. Fischer*
Rachana N. Fischer
Assistant United States Attorney