**SO ORDERED: June 18, 2024.**



_____
**James M. Carr
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CATHEE EILEEN MASSEY, | ) | Case No. 23-00156-JMC-7 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| CATHEE EILEEN MASSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 23-50055 |
| | ) | |
| UNITED STATES DEPARTMENT OF EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |

## **JUDGMENT**

This matter comes before the Court on the Agreed Consent to Judgment filed by Plaintiff Cathee Eileen Massey and Defendant the United States of America, Department of Education on June 7, 2024 (Docket No. 20) ("Agreed Consent to Judgment"). The Court, having reviewed the Complaint and the Agreed Consent to Judgment and the stipulations contained therein and being otherwise duly advised, now APPROVES the Agreed Consent to Judgment.

It is therefore ORDERED, ADJUDGED AND DECREED as follows:

1. Plaintiff's student loan debt reflected on the Department of Education's Certificate of Indebtedness filed in this matter (Docket No. 19) is hereby DISCHARGED pursuant to 11 U.S.C. § 523(a)(8);

2. Each party shall be responsible for their own costs and attorney's fees in resolving this matter.

###